UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Richards,

    Plaintiff,

v.                                   ORDER
                                      Civil No. 06-3356(MJD/FLN)

The Federal Bureau of Prisons,
Dr. D. Williams in her official and
individual capacities, Dr. David Edwardy
in his official and individual capacities,
and Dr. Nahem A. Naimey, in his
official and individual capacities,

    Defendants.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated April 18, 2007.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated April 18, 2007.

IT IS HEREBY ORDERED that Defendants' motion to dismiss, or in the alternative, for summary judgment [Doc. No. 15] is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

Date: July 26, 2007

                                                        s / Michael J. Davis
                                                        Michael J. Davis

United States District Court